UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO, | Case No.   1:25-cv-00619-EPG (PC) |
| Plaintiff, | |
| v. | ORDER GRANTING *IN FORMA PAUPERIS* APPLICATION |
| JOHN DOE, et al, | |
| Defendants. | (ECF No. 2) |

Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the showing required by § 1915(a), and accordingly, the request to proceed *in forma pauperis* will be granted.[1] Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

---

[1] Plaintiff's *in forma pauperis* application states that he has no available funds. (ECF No. 2, p. 2). This is false. Plaintiff's trust fund statement shows that he had a balance of $440.15 on April 11, 2025, when this case was filed on May 27, 2025. (ECF No. 6, p. 2). Plaintiff is warned that he may be sanctioned, or his case may be dismissed, if he makes false statements in any future court filings.

1

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED. (ECF No. 2).

2. The Director of the California Department of Corrections or designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and case number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **February 9, 2026**                    /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE

2