**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| HECTOR MARTIN PRIETO, | Case No.: 1:25-cv-00619 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION WITH PREJUDICE AS BARRED BY THE STATUTE OF LIMITATIONS |
| v. | |
| JOHN DOE, et al., | (Doc. 14) |
| Defendants. | |

Hector Martin Prieto is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On February 10, 2026, the assigned magistrate judge issued Findings and Recommendations, recommending that Plaintiff's claims be dismissed with prejudice as barred by the statute of limitations. (Doc. 14.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 30 days. (*Id*. at 8.) Plaintiff timely filed his objections on March 2, 2026. (Doc. 17.)

According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the magistrate judge correctly determined that plaintiff's claims are barred by the statute of limitations. The Court interprets Plaintiff's statements and arguments in his objections as a request for leave to amend to clarify how intimidation and threats prevented him both from

pursuing internal administrative grievances and from filing this lawsuit.  The Court grants that request, as it cannot conclude "beyond doubt that the plaintiff can prove no set of facts that would establish the timeliness of the claim." *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 969 (9th Cir. 2010) (citation and quotation marks omitted); *see also, e.g.*, *Watkins v. Singh*, No. 12-1343, 2014 WL 2930536, at *2–4 (E.D. Cal. June 27, 2014) (summarizing and applying some of the relevant standards), *aff'd*, 627 F. App'x 631 (9th Cir. 2015).  The Court is also mindful of Plaintiff's pro se status in this civil rights action.  *See Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir. 2000) (en banc), *overruled in part on other grounds as stated in Moore v. Dunlap*, No. 24-2704, 2026 WL 184223, at *1 (9th Cir. Jan. 23, 2026) (unpublished).

Thus, the Court **ORDERS**:

1.  The Findings and Recommendations issued on February 10, 2026 (Doc. 14) are **ADOPTED** in part.

2.  The complaint is **DISMISSED** with leave to amend. Any amended complaint SHALL be filed within 21 days.

3.  The matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  __**March 9, 2026**__

_____
UNITED STATES DISTRICT JUDGE

2